# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUANITA HICKINGBOTTOM | CIVIL ACTION |
| VERSUS | NO. 10-894 |
| UNICCO GOVERNMENT SERVICES, INC. | SECTION "R"(5) |

## ORDER WITHDRAWING REFERENCE

Considering that all parties will not consent to proceed before the United States Magistrate Judge for trial.

Accordingly,

IT IS ORDERED that the referral of this matter to U.S. Magistrate Judge Alma Chasez pursuant to Local Rule 73.2E is hereby withdrawn.

IT IS FURTHER ORDERED that a preliminary conference will be held by telephone on THURSDAY, JUNE 24, 2010, at 10:45 a.m. for the purpose of selecting pretrial conference and trial dates. The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager, Jay Susslin.

New Orleans, Louisiana, this 4th day of June, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Chasez